No. 454. GEORGIA RAILROAD & BANKING CO. *v.* RED-
WINE, STATE REVENUE COMMISSIONER. Appeal from the
United States District Court for the Northern District of
Georgia. Argued February 13, 1950. Order entered
February 20, 1950. *Per Curiam:* Inasmuch as the Attor-
ney General of Georgia stated at the bar of this Court that
plain, speedy, and efficient state remedies were available
to appellant, the cause is ordered continued for such period
as will enable appellant with all convenient speed to assert
such remedies. *Furman Smith* argued the cause for
appellant. With him on the brief was *Robert B. Trout-
man. M. H. Blackshear, Jr.,* Assistant Attorney General
of Georgia, argued the cause for appellee. With him on

---

*MR. JUSTICE DOUGLAS took no part in the consideration or deci-
sion of the cases in which orders or judgments were this day
announced.

902

the brief were *Eugene Cook,* Attorney General, and *Edward E. Dorsey.* *Victor Davidson* and *Standish Thompson* filed a brief for certain counties and municipalities of Georgia, as *amici curiae,* urging affirmance.